# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Troyce Allen Lewis,

    Plaintiff,

v.

Warden M. Rios,

    Defendant.

Case No. 19-cv-1030 (SRN/ECW)

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 13, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Lewis's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**; and

2. Lewis's Petition to File and Proceed in Forma Pauperis [Doc. No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 4, 2020                s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge